UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERT MITCHELL,                                  Case No.  06-13160

       Plaintiff,                              District Judge David M.  Lawson
                                                       Magistrate Judge R.  Steven Whalen
v.

COUNTY OF WASHTENAW, et al.,

       Defendants.
_____/

**ORDER DENYING MOTION TO STRIKE**

For the reasons stated on the record on February 20, 2007, Defendant's Motion to Strike Amended Complaint [Docket #25] is DENIED.

SO ORDERED.

                                            S/R.  Steven Whalen
                                            R.  STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated:  February 20, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 20, 2007.

                                            S/Gina Wilson
                                            Judicial Assistant

2:06-cv-13160-DML-RSW Doc # 29 Filed 02/20/07 Pg 2 of 2 Pg ID 96